**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01264-CR

### DEMUNTRA RASHARD GREEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56459-N**

## ORDER

By letter dated April 29, 2015, the Court notified the trial court that the record does not contain the trial court's certification of appellant's right to appeal. We asked the trial court to prepare and file a certification that accurately reflects the trial court proceedings. *See* Tex. R. App. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). To date, we have not received the trial court's certification of appellant's right to appeal.

Accordingly, we **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Fred Tinsley, Presiding Judge, 195th Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
JUSTICE